| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers<br>**DAVID SEROR, (State Bar No. 67488)**<br>**21650 Oxnard Street, Suite 500**<br>**Woodland Hills, CA 91367**<br>**Telephone: (818) 827-9200**<br>**Telecopier: (818) 936-0624** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>  **TIGRAN ANEIAN**<br><br>                                                        Debtor(s). | CHAPTER 7<br><br>CASE NO.: 1:12-bk-10108-AA<br><br>(No Hearing Required) |

## TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof. I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against:

☒    **DEBTOR:**    TIGRAN ANEIAN

☐    **JOINT DEBTOR:**    _____

Dated:    March 6, 2012

DAVID SEROR                                            /s/ David Seror
*Type Name of Trustee*                              *Signature of Trustee*

---

This form has been approved by the United States Bankruptcy Court for the Central District of California.
*February 2009*